IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN C. BERKERY**, <br><br> Plaintiff, <br><br> v. <br><br> **METROPOLITAN LIFE INSURANCE COMPANY, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 21-26-KSM** |

## ORDER

**AND NOW**, this 22nd day of January, 2021, upon consideration of *pro se* Plaintiff John C. Berkery's Application to Proceed *In Forma Pauperis* (Doc. No. 1) and his Complaint (Doc. No. 2), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** as follows:

1. Berkery's Application to Proceed *In Forma Pauperis* (Doc. No. 1) is **GRANTED**.

2. Berkery's Complaint (Doc. No. 2) is **DISMISSED with prejudice** for lack of subject matter jurisdiction.

3. The Clerk of the Court is directed to **CLOSE** this action.

**IT IS SO ORDERED**.

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.